**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHIVA STEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:18-cv-01152-RGA |
| v. ) | |
| ) | CLASS ACTION |
| RENT-A-CENTER, INC., J.V. LENTELL, ) | |
| MICHAEL J. GADE, JEFFREY J. BROWN, ) | JURY TRIAL DEMANDED |
| MITCHELL E. FADEL, and CHRISTOPHER ) | |
| B. HETRICK ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Shiva Stein ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

Dated: October 18, 2018

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
Email: melwani@whafh.com